MCGREGOR SCOTT
United States Attorney
MAUREEN E. DOWLING
Special Assistant U.S. Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Citation No. 7295247 |
| Plaintiff, | GOVERNMENT'S MOTION AND PROPOSED ORDER FOR DISMISSAL |
| v. | |
| DAVID C. HUGHES, | |
| Defendant | |

The United States of America, by and through McGregor Scott, United States Attorney, and Maureen Dowling, Special Assistant United States Attorney, hereby moves to dismiss Citation Number 7295247 against DAVID C. HUGHES without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: March 22, 2019

Respectfully Submitted,
McGregor Scott
United States Attorney

By: *[signature]*
Maureen E. Dowling
Special Assistant United States Attorney

## O R D E R

IT IS HEREBY ORDERED that Citation Number 7295247 against DAVID C. HUGHES be dismissed without prejudice, in the interest of justice.

Dated: _____March 21_, 2019

_____
HON. JENNIFER L. THURSTON
United States Magistrate Judge